```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

IN RE:                          )       CASE NO: 05-51993-399
                                )
MIKE HARTMAN                    )
                                )       CHAPTER 13
ARLENE HARTMAN                  )
                                )
              DEBTOR(S)         )


                 LIST OF UNCLAIMED FUNDS AND ENTITIES
                    WHICH ARE ENTITLED TO PAYMENT

   COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

MIKE & ARLENE HARTMAN
2610 MILL HILL                          $         555.99

ST CLAIR MO
444444              63077


                                /s/ John V. LaBarge, Jr.
                                ------------------------------------
DATE: July 30, 2010             JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
BG -091                         (314) 781-8100   trust33@ch13stl.com